Submitted on record and briefs August 15,
appeal dismissed September 15, 1980

HARING,
*Appellant,*
*v.*
FOWLER et al,
*Respondents.*

(No. 25258, CA 15931)

616 P2d 580

Paul J. Speck, Bend, filed the brief for appellant.

Margaret T. Fowler, Redmond, filed the brief pro se for respondents.

No appearance for respondent Raymond N. Fowler.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

There being no appealable order, the appeal must be dismissed. ORS 19.010.

Appeal dismissed.